IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ERICKZAEL HERNANDEZ AND YESSENIA BECERRIL RODRIGUEZ<br>**Plaintiffs,**<br><br>vs.<br><br>PENSKE LEASING AND RENTAL COMPANY AND SHAWN JENKINS<br><br>**Defendants.** | § § § § § § § § § § § § | CIVIL ACTION NO. 4:21-cv-2757<br>(removed from the 164th District Court, Harris County, Texas, Cause No. 2021-43212) |

### DEFENDANT PENSKE LEASING AND RENTAL COMPANY'S NOTICE OF REMOVAL

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Notice is hereby given that, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendant Penske Leasing and Rental Company hereby removes this action from the 164th District Court in Harris County, Texas, to the United States District Court for the Southern District of Texas, Houston Division, and would respectfully show as follows:

### I.  PARTIES

1.  Plaintiff Erickzael Hernandez ("Hernandez") is an individual who resides in Harris County, Texas. For the purposes of diversity, Plaintiff is a citizen of Texas.

2.  Plaintiff Yessenia Becerril Rodriguez ("Rodriguez") is an individual residing in Harris County, Texas. For the purposes of diversity, Plaintiff is a citizen of Texas.

3.     Defendant Shawn Jenkins ("Jenkins") is an individual who resides in Mississippi. For the purposes of diversity, Defendant is a citizen of Mississippi.

4.     Defendant Penske Leasing and Rental Company is a Delaware statutory trust that is wholly owned by Penske Truck Leasing Co., L.P. ("Penske Truck Leasing"). For purposes of diversity, a statutory trust that is sued in its own name possesses the citizenship of its members. *Americold Realty Tr. v. Conagra Foods, Inc.*, 577 U.S. 378, 383 (2016); *see also Bynane v. Bank of New York Mellon for CWMBS, Inc. Asset-Backed Certificates Series 2006-24*, 866 F.3d 351, 357 (5th Cir. 2017).

5.     Penske Truck Leasing was, at the time of the filing of this action, at the time of removal, has been at all times since, and still is, a limited partnership with its principal place of business in the State of Pennsylvania. For purposes of federal diversity jurisdiction, the partnership itself is considered a citizen of every state in which a general partner or limited partner is a citizen.  At the time of filing this action, the time of removal, and all times since, and currently, the partners of Penske Truck Leasing are and were citizens of the states of Delaware, Connecticut, Michigan, Pennsylvania, Tennessee, and Maryland and the country of Japan.  As a result, for diversity purposes, the following are Penske Truck Leasing's partners along with their citizenship:

   a. The general partner of Penske Truck Leasing is PTL GP, LLC. PTL GP, LLC is a limited liability company formed under the laws of Delaware. For diversity purposes, the citizenship of a limited liability company is the

citizenship of its members. PTL GP, LLC's sole member is LJ VP Holdings, LLC, which is also a limited liability company formed under the laws of Delaware. At the time of the filing of this action, at the time of removal, at all times since, and currently, the members of LJ VP Holdings, LLC are and were citizens of the states of Delaware, Michigan and Pennsylvania, and none are or were citizens of the State of Texas. The following are LJ VP Holdings, LLC's members and their citizenship:

   i. Penske Automotive Group, Inc., which was, at the time of the filing of this action, at the time of removal, has been at all times since, and still is, a corporation incorporated under the laws of the State of Delaware with its principal place of business in Michigan. Accordingly, for diversity purposes, Penske Automotive Group, Inc. is a citizen of Delaware and Michigan.

   ii. Penske Truck Leasing Corporation, which was, at the time of the filing of this action, at the time of removal, has been at all times since, and still is, a corporation incorporated under the laws of the State of Delaware with its principal place of business in Pennsylvania. Accordingly, for diversity purposes, Penske Truck Leasing Corporation is a citizen of Delaware and Pennsylvania.

b. Penske Automotive Group, Inc. is a limited partner of Penske Truck Leasing. Penske Automotive Group, Inc. was, at the time of the filing of

    this action, at the time of removal, has been at all times since, and still is, a corporation incorporated under the laws of the State of Delaware with its principal place of business in the State of Michigan. Accordingly, for diversity purposes, Penske Automotive Group, Inc. is a citizen of Delaware and Michigan as defined by 28 U.S.C. § 1332.

c. Penske Truck Leasing Corporation is a limited partner of Penske Truck Leasing. Penske Truck Leasing Corporation was, at the time of the filing of this action, at the time of removal, has been at all times since, and still is, a corporation incorporated under the laws of the State of Delaware with its principal place of business in the State of Pennsylvania. Accordingly, for diversity purposes, Penske Truck Leasing Corporation is a citizen of Delaware and Pennsylvania as defined by 28 U.S.C. § 1332.

d. Logistics Holding, LLC is a limited partner of Penske Truck Leasing. Logistics Holding, LLC is a limited liability company formed under the laws of Delaware. For diversity purposes, the citizenship of a limited liability company is the citizenship of its members. Logistics Holding, LLC's sole member is GE Capital Truck Leasing Holding, LLC, which is also a limited liability company formed under the laws of Delaware. At the time of the filing of this action, at the time of removal, at all times since, and currently, the members of GE Capital Truck Leasing Holding, LLC are and were citizens of the states of Tennessee, Maryland, Connecticut, and Delaware, and none are or were citizens of the State of

Texas. The following are GE Capital Truck Leasing Holding, LLC's members and their citizenship:

i. GE Capital US Holdings, Inc., which was, at the time of the filing of this

action, at the time of removal, has been at all times since, and still is, a corporation incorporated under the laws of the State of Delaware with its principal place of business in Connecticut. Accordingly, for diversity purposes, GE Capital US Holdings, Inc. is a citizen of Delaware and Connecticut.

ii. General Electric Credit Corporation of Tennessee, which was, at the time

of the filing of this action, at the time of removal, has been at all times since, and still is, a corporation incorporated under the laws of the State of Tennessee with its principal place of business in Maryland. Accordingly, for diversity purposes, General Electric Credit Corporation is a citizen of Tennessee and Maryland.

iii. GE Capital Global Electronics Services, Inc., which was, at the time of the filing of this action, at the time of removal, has been at all times since, and still is, a corporation incorporated under the laws of the State of Delaware with its principal place of business in Connecticut. Accordingly, for diversity purposes, GE

   Capital Global Electronics Services, Inc. is a citizen of Delaware and Connecticut.

e. GE Capital Truck Leasing Holding, LLC is a limited partner of Penske Truck Leasing. GE Capital Truck Leasing Holding, LLC is a limited liability company formed under the laws of Delaware. For diversity purposes, the citizenship of a limited liability company is the citizenship of its members. At the time of the filing of this action, at the time of removal, at all times since, and currently, the members of GE Capital Truck Leasing Holding, LLC are and were citizens of the states of Tennessee, Maryland, Delaware, and Connecticut, and none are or were citizens of the State of Texas. The following are GE Capital Truck Leasing Holding, LLC's members and their citizenship:

   i. GE Capital US Holdings, Inc., which was, at the time of the filing of this

      action, at the time of removal, has been at all times since, and still is, a corporation incorporated under the laws of the State of Delaware with its principal place of business in Connecticut. Accordingly, for diversity purposes, GE Capital US Holdings, Inc. is a citizen of Delaware and Connecticut.

   ii. General Electric Credit Corporation of Tennessee, which was, at the time

       of the filing of this action, at the time of removal, has been at all

    times since, and still is, a corporation incorporated under the laws of the State of Tennessee with its principal place of business in Maryland. Accordingly, for diversity purposes, General Electric Credit Corporation is a citizen of Tennessee and Maryland.

  iii. GE Capital Global Electronics Services, Inc., which was, at the time of the filing of this action, at the time of removal, has been at all times since, and still is, a corporation incorporated under the laws of the State of Delaware with its principal place of business in Connecticut. Accordingly, for diversity purposes, GE Capital Global Electronics Services, Inc. is a citizen of Delaware and Connecticut.

f. General Electric Credit Corporation of Tennessee is a limited partner of Penske Truck Leasing. General Electric Credit Corporation of Tennessee was, at the time of the filing of this action, at the time of removal, has been at all times since, and still is, a corporation incorporated under the laws of the State of Tennessee with its principal place of business in the State of Maryland. Accordingly, for diversity purposes General Electric Credit Corporation of Tennessee is a citizen of Tennessee and Maryland as defined by 28 U.S.C. § 1332.

g. MBK USA Commercial Vehicles, Inc. is a limited partner of Penske Truck Leasing. MBK Commercial Vehicles, Inc. was, at the time of the filing of

this action, has been at all times since, and still is, a corporation incorporated under the laws of the State of Delaware with its principal place of business in Tokyo, Japan. Accordingly, for diversity purposes, MBK Commercial Vehicles, Inc. is a citizen of Delaware and Japan as defined by 28 U.S.C. § 1332.

6. In summary, for purposes of diversity, Penske Truck Leasing is a citizen of Delaware, Pennsylvania, Tennessee, Connecticut, Maryland and Michigan and the country of Japan.

## II.   THE STATE COURT ACTION

7. On July 16, 2021, Plaintiffs filed their Original Petition in the 164th District Court of Harris County, Texas, in an action styled *Erickzael Hernandez and Yessenia Becerril Rodriguez v. Penske Leasing and Rental Company and Shawn Jenkins*, Cause No. 2021-43212.

8. On July 23, 2021, Defendant Penske Leasing and Rental Company was served with Plaintiffs' Original Petition in the above-entitled action.

9. Plaintiffs' claims arise from a motor vehicle accident that occurred on October 13, 2020. Plaintiffs bring claims of Negligence against both Defendants Penske Leasing and Rental Company and Jenkins as a result of the accident. Plaintiffs further requested a jury trial for this matter.

10. As of the date of this filing, the following pleadings have been filed in the state court action in addition to the Plaintiffs' petition: Defendant's Verified Denial and Original Answer. Copies of all process, pleadings and orders served upon

Defendants in the above-entitled action are attached hereto as Exhibits A – C and filed herewith.

11. With this Notice of Removal, Defendant Penske Leasing and Rental Company removes the State Court Action to this Court on the basis of diversity jurisdiction, as more fully described herein.

### III. BASIS FOR REMOVAL

12. The State Court Action is removable pursuant to 28 U.S.C §§ 1441(a)-(b) and 28 U.S.C. 1332(a)(1). This lawsuit is a civil dispute between citizens of different states. There is and was at all relevant times (including the time of filing the State Court Action, service of the Petition, and the filing of this Notice of Removal) complete diversity of citizenship between parties.

13. The amount in controversy in this lawsuit exceeds $75,000, exclusive of interest and costs, as evidenced by the seventh paragraph of page two of Plaintiffs' Original Petition, included at **Exhibit B-1** attached hereto and incorporated herein by reference. In their Petition, Plaintiffs seek to recover monetary relief over $250,000.

14. Because Plaintiffs and the Defendants are citizens of different states and the amount in controversy exceeds the $75,000 requirement, this Court has original jurisdiction and removal is proper.

## IV. BASIS OF REMOVAL

15. Venue is proper in this Court under 28 U.S.C. § 1441(a) because the district and division of this Court include Harris County, Texas, the place where Plaintiffs filed their State Court Action.

## V. COMPLIANCE WITH REMOVAL REQUIREMENTS

16. This Notice of Removal is timely filed under 28 U.S.C. §§ 1446(a)-(b). This Notice of Removal is filed within thirty days of July 23, 2021, the date Penske Leasing and Rental Company was first served with process and a copy of Plaintiffs' Original Petition in the State Court Action, the initial pleading setting forth the claim for relief upon which this action is based. This Notice of Removal is also filed within one year of the filing of the Petition on July 16, 2021.

17. Plaintiffs filed their Original Petition in the 164th District Court of Harris County, Texas. In accordance with 28 U.S.C. §§1446(d), written notice of this Notice of Removal will be promptly given to Plaintiffs, through their counsel of record, and a copy of this Notice of Removal will be filed with the clerk of the 164th District Court of Harris County, Texas, where the State Court Action is pending.

18. Pursuant to Southern District Local Rule 81 and 28 U.S.C. 1446, the following items are being filed and are incorporated herein by reference: **Exhibit A**—a copy of the state court docket sheet; **Exhibit B** – an index of documents filed in the State Court Action; **Exhibits B-1 through B-5**—each document filed in the State Court Action, including all process, pleadings, and orders; and **Exhibit C** – a list of counsel of record.

19. By filing this Notice of Removal, Defendant does not intend to waive any defenses they may have to Plaintiffs' claims.

## VI. CONCLUSION

WHEREFORE, Defendant Penske Leasing and Rental Company requests that this Court accept jurisdiction over this lawsuit for the reasons set forth above and grant them such other and further relief at law and in equity to which they may be justly entitled.

Respectfully submitted,

*/s/ Mark S. Scudder*

**MARK S. SCUDDER**
State Bar No. 17936300
**QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, P.C.**
2001 Bryan Street, Suite 1800
Dallas, TX 75201
214.871.2100
214.871.2111 Facsimile
mscudder@qslwm.com

**ATTORNEYS FOR DEFENDANT PENSKE LEASING AND RENTAL COMPANY**

## CERTIFICATE OF SERVICE

On August 23rd, 2021 I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Southern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all counsel of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/ Mark S. Scudder*

**MARK S. SCUDDER**